### 21455. DURDEN et al. v. MOORE et al.

BROYLES, C. J. The exception here is to the first grant of a new trial. The verdict was not *demanded* by the law and the facts of the case; and therefore, under repeated rulings of the Supreme Court and of this court, the judgment must be

*Affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*
DECIDED JUNE 9, 1931.

*J. Alex. Smith, Newton Gaskins,* for plaintiffs in error.
*I. W. Rountree,* contra.